Carl E. Hansen, LPC
512-469-6390
512-469-6393 (FAX)
hansencz@aol.com

100 Congress
Suite 2100
Austin, Texas 78701

April 23, 2014

Eric Marye
2619 Hibernia Street
Dallas, Texas 75204

RE: Billy S. Walkup

Dear Mr. Marye:
This is an initial vocational evaluation of your client Billy Walkup. In preparation for this report I conducted a vocational interview with Mr. Walkup April 22, 2014. Mr. Walkup lives in Quanah, Texas. He and his wife drove to Austin the day before the interview so he could be rested for the interview. Mr. Walkup indicates that he can drive short distances but for the most part his wife did all of the driving. He indicated the drive from Quanah to Austin significantly increased his back pain. Following the interview I administered the Strong Interest Inventory, the results of which will not be available for another two week period of time, to assist me in determining his vocational interest patterns. As the reader of this report will find the vocational interest survey does not play a roll at this time due to what appears to be Mr. Walkups condition which will not allow him to work. The Strong Interest Inventory will be available if and when I receive medical information at a later date that he is ready for employment.

I have reviewed the following records for purposes of this evaluation.

1. Dr. Dale Allen
2. Dr. John P. Pearson
3. Texas Back Institute
4. Dr. Daniel Bolin
5. Wilbarger General Hospital Emergency Department records
6. Dr. Eugene Pak
7. Dr. Weldon Glidden
8. Dr. Andrew Scbby
9. Dr. Jessica Schultz
10. The functional capacity evaluation completed in February 2013
11. Hardeman County Physical Therapy discharge record

*Specialist In: Vocational Evaluation, Vocational Surveys, Vocational & Economic Loss, Rehabilitation Planning*

12. Dr. Trevor Rohm records
13. The tax returns of Mr. and Ms. Walkup for the years of 2009 -2013.

**AGE:**
Thirty-Eight (8-7-75).

**EDUCATION:**
Mr. Walkup graduated from high school in 1995. He indicated that he was enrolled in special education at the junior high level and continued through high school utilizing resource room assistance along with being able to take modified tests. In addition to high school he completed training at the correctional academy to become a corrections officer. He also completed psychiatric nurse assistant training in which he received a certificate and training as a juvenile corrections officer receiving a certificate of completion.

**WORK HISTORY:**
Following high school Mr. Walkup was employed doing farm work and also employed at a feed store selling and delivering feed for approximately one year. After he completed the correctional academy he was employed at the TL Roach Unit in Childress, Texas as a corrections officer. He served as a corrections officer from late 1999 to 2000. He returned to farm work and later took employment as a juvenile corrections officer in Vernon, Texas. He took employment in 2002, later sustained an injury to his knee of which he was off work for a short period of time but returned to work and again in 2005 sustained a re-injury to the right knee. He was last employed in 2006 as he recalls with the juvenile corrections program. Following recovery from his knee injury of which the Texas Rehabilitation Commission helped with some of his expenses he trained to be a psychiatric nurse aide. Beginning in 2008 he held employment with The North Texas State Hospital as a nurse aide involved with maximum security calling for a good deal of restraint and physical involvement with the inmates. He then took employment in September 2011 with Tyson Foods in the sanitation department. He sustained an injury that was reported to workman's compensation 11/1/2011. His duties at the time of injury were primarily cleanup work dealing with high pressure hoses to clean off equipment and to pick up scraps of meat and move the containers of scraps to other locations. Following his injury he did return for a period of time attempting light duty work. By March 2012 his doctor had put him on medications that restricted him from driving and accordingly he could not come in to work. The company terminated him indicating that if he had medication that caused him to be unable to drive he would not be a safe worker in their plant.

At the present time he is unemployed and is awaiting an administrative hearing to determine if he is eligible for Social Security Disability benefits.

**DISABILITY:**
On the day I met with Mr. Walkup he was using a walker which he indicates he uses on a full time basis and was wearing a back brace. There are numerous medical records in this case indicating back problems. Dr. Dale Allen indicated as of March 8, 2011 that Mr. Walkup received nerve block injections to his back that provided short term relief. Dr. Allen noted complaints of radiculopathy but felt neurologically Mr. Walkup was in tact.

Records from the Texas Back Institute dated May 16, 2012 indicate thorasic pain, severe lumbar pain, slight disc bulge at L4-L5.

Dr. Daniel Bolin indicated November 9, 2011 lumbar strain/strain and recommended light duty.

Further records indicate weakness, falling down difficulties, difficulty standing, a possible stroke but no medically defined diagnosis with a recommendation that it may have been a conversion disorder.

The functional capacity evaluation indicated he had provided full effort and was able to carry approximately 10 pounds.

The longest period of treatment with one health care provider has been with Dr. Trevor Rohm. Dr. Rohm has a long history beginning with November 23, 2011 with his first report through a total of 19 reports ending December 20, 2013. The Hardeman County physical therapy discharge records indicate as of October 25, 2013 that after 12 visits there was no improvement functionally in the condition of Mr. Walkup. As a rehabilitation counselor I am guided by medical input. In this instance the report from Dr. Trevor Rohm indicates he has been working with Mr. Walkup for over a year. Dr. Rohm states that Mr. Walkup has a number of medical conditions that severely affect his activities of daily living to the point that he is now completely disabled and non-functional without the continuous use of a walker. Dr. Rohm explains medical records are well documented with a number of concerning issues such as weakness of the lower extremities that result in frequent falls, unsteady balance in gait which indicates he must use a walker all of the time, numbness to the bilateral lower legs and arms with history of back pain.

**VOCATIONAL ANALYSIS:**

I have considered Mr. Walkup's age, education, work history and medical records in this report and have to conclude that at this point in time I have nothing to offer Mr. Walkup. Given the extent of his medical history and the conclusion of the physician that has followed his condition most closely for a significant period of time one would have to conclude that Mr. Walkup is totally disabled from the labor market.

When and if additional medical records are provided that would suggest this man can return to some form of work I will write a second report outlining the types of jobs that may fall within his functional capacity. At this time suggesting employment in various jobs and the value of such jobs would be rather speculative given the medical opinion from his treating physician that he is totally disabled.

Sincerely,

*Carl E. Hansen*

Carl E. Hansen