# Report of Robert L. Bailes, CPA/ABV/CFF

## Billy Walkup Matter





# Bailes & Co., P.C.

May 5, 2014

Mr. Eric Marye
2619 Hibernia
Dallas, Texas 75204

Re:  Billy Walkup

Dear Mr. Marye:

At your request, I have prepared the following report concerning the lost earning capacity of Mr. Walkup in the above referenced litigation utilizing the report of Carl E. Hansen as a basis for earning capacity. This report is based on information reviewed as of the date of the report. I reserve the right to modify any opinions asserted based on information that might subsequently be received.

Information Relied Upon

I relied upon the following information in making my computations and arriving at my opinions in the case:

- Report of Dr. Carl E. Hansen dated April 23, 2014,
- Income tax returns of Billy & Darla Walkup for the years 2009 – 2013,
- *The Livingston Survey: December 2013*, Federal Reserve Bank of Philadelphia,
- *Survey of Professional Forecasters: First Quarter 2014*, Federal Reserve Bank of Philadelphia and
- Economic Research Federal Reserve Bank of St. Louis located at http://research.stlouisfed.org/fred2/.

Opinion As to Lost Income

*Damages Time Frame*

I have computed the net present value of the earning capacity of Mr. Walkup from April 2012 through age 66 (August 6, 2041). The computations indicate the addition for each year as well as the cumulative amount as of the end of each year. If it is determined the damage period is less than the total years presented, one can look at the cumulative amount for the year deemed applicable to determine the net present value of the lost earning capacity as of that year-end. I am not opining as to the appropriate damage period.

*Inflation Rate*

According to the *Livingston Survey: December 2013* and the *Survey of Professional Forecasters: First Quarter 2014* both published by the Federal Reserve Bank of Philadelphia, for the next ten years the consumer price index is expected to rise at annual rate of 2.3%. Earning potential was adjusted annually to reflect a 2.3% increase for inflation. No other additions were made to earning potential in the computations.

*Discount Rate*

All future amounts were brought to present value using the yield of 30-year treasury securities, which is 3.41% as of the date of this report. This yield reflects the risk-free yield in the open market related to long-term cash flow streams with a 30-year time horizon.

2



## Lost Earning Capacity

Based on Dr. Hansen's report, Mr. Walkup is fully disabled and not able to work.

The following table sets forth the after-tax net present value of Mr. Walkup's lost earning capacity using $9/hour as the earning capacity. It is my understanding Mr. Walkup's hourly pay rate at the date of the accident was $9/hour.

| Date | Pre-Injury Earning Capacity | Post-Injury Earning Capacity | Reduction In Earning Capacity | Income Tax @ 5% | After Tax Reduction In Earning Capacity | Years In Past/Future | 10-Year Treasury Yield | Net Present Value Factor | Net Present Value | Cumulative Net Present Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2012 | $ 14,040 | $ - | $ 14,040 | $ 702 | $ 13,338 | - | 3.4100% | 1.0000 | $ 13,338 | $ 13,338 |
| 12/31/2013 | 18,720 | - | 18,720 | 936 | 17,784 | - | 3.4100% | 1.0000 | 17,784 | 31,122 |
| 12/31/2014 | 18,720 | - | 18,720 | 936 | 17,784 | - | 3.4100% | 1.0000 | 17,784 | 48,906 |
| 12/31/2015 | 19,151 | - | 19,151 | 958 | 18,193 | 1 | 3.4100% | 0.9670 | 17,593 | 66,499 |
| 12/31/2016 | 19,591 | - | 19,591 | 980 | 18,611 | 2 | 3.4100% | 0.9351 | 17,404 | 83,903 |
| 12/31/2017 | 20,042 | - | 20,042 | 1,002 | 19,040 | 3 | 3.4100% | 0.9043 | 17,218 | 101,121 |
| 12/31/2018 | 20,503 | - | 20,503 | 1,025 | 19,478 | 4 | 3.4100% | 0.8745 | 17,033 | 118,154 |
| 12/31/2019 | 20,974 | - | 20,974 | 1,049 | 19,925 | 5 | 3.4100% | 0.8456 | 16,849 | 135,003 |
| 12/31/2020 | 21,457 | - | 21,457 | 1,073 | 20,384 | 6 | 3.4100% | 0.8178 | 16,669 | 151,672 |
| 12/31/2021 | 21,950 | - | 21,950 | 1,098 | 20,852 | 7 | 3.4100% | 0.7908 | 16,490 | 168,162 |
| 12/31/2022 | 22,455 | - | 22,455 | 1,123 | 21,332 | 8 | 3.4100% | 0.7647 | 16,313 | 184,475 |
| 12/31/2023 | 22,971 | - | 22,971 | 1,149 | 21,822 | 9 | 3.4100% | 0.7395 | 16,137 | 200,612 |
| 12/31/2024 | 23,500 | - | 23,500 | 1,175 | 22,325 | 10 | 3.4100% | 0.7151 | 15,965 | 216,577 |
| 12/31/2025 | 24,040 | - | 24,040 | 1,202 | 22,838 | 11 | 3.4100% | 0.6915 | 15,793 | 232,370 |
| 12/31/2026 | 24,593 | - | 24,593 | 1,230 | 23,363 | 12 | 3.4100% | 0.6687 | 15,623 | 247,993 |
| 12/31/2027 | 25,159 | - | 25,159 | 1,258 | 23,901 | 13 | 3.4100% | 0.6467 | 15,456 | 263,449 |
| 12/31/2028 | 25,737 | - | 25,737 | 1,287 | 24,450 | 14 | 3.4100% | 0.6254 | 15,290 | 278,739 |
| 12/31/2029 | 26,329 | - | 26,329 | 1,316 | 25,013 | 15 | 3.4100% | 0.6047 | 15,126 | 293,865 |
| 12/31/2030 | 26,935 | - | 26,935 | 1,347 | 25,588 | 16 | 3.4100% | 0.5848 | 14,964 | 308,829 |
| 12/31/2031 | 27,554 | - | 27,554 | 1,378 | 26,176 | 17 | 3.4100% | 0.5655 | 14,803 | 323,632 |
| 12/31/2032 | 28,188 | - | 28,188 | 1,409 | 26,779 | 18 | 3.4100% | 0.5469 | 14,644 | 338,276 |
| 12/31/2033 | 28,837 | - | 28,837 | 1,442 | 27,395 | 19 | 3.4100% | 0.5288 | 14,487 | 352,763 |
| 12/31/2034 | 29,500 | - | 29,500 | 1,475 | 28,025 | 20 | 3.4100% | 0.5114 | 14,332 | 367,095 |
| 12/31/2035 | 30,178 | - | 30,178 | 1,509 | 28,669 | 21 | 3.4100% | 0.4945 | 14,177 | 381,272 |
| 12/31/2036 | 30,872 | - | 30,872 | 1,544 | 29,328 | 22 | 3.4100% | 0.4782 | 14,025 | 395,297 |
| 12/31/2037 | 31,582 | - | 31,582 | 1,579 | 30,003 | 23 | 3.4100% | 0.4624 | 13,875 | 409,172 |
| 12/31/2038 | 32,309 | - | 32,309 | 1,615 | 30,694 | 24 | 3.4100% | 0.4472 | 13,726 | 422,898 |
| 12/31/2039 | 33,052 | - | 33,052 | 1,653 | 31,399 | 25 | 3.4100% | 0.4325 | 13,579 | 436,477 |
| 12/31/2040 | 33,812 | - | 33,812 | 1,691 | 32,121 | 26 | 3.4100% | 0.4182 | 13,433 | 449,910 |
| 12/31/2041 | 20,177 | - | 20,177 | 1,009 | 19,168 | 27 | 3.4100% | 0.4044 | 7,752 | 457,662 |

*This Section Left Blank Intentionally*

This report is based on the information available to me as of its date. If additional information becomes available that causes the assumptions to change, I will supplement or amend this report accordingly.

Respectfully submitted,

Robert L. Bailes, CPA/ABV/CFF

\rb

4

# CURRICULUM VITAE
# ROBERT L. BAILES, CPA/ABV

CURRENT EMPLOYMENT:

Bailes & Co., P.C.
1357 Dominion Plaza
Tyler, Texas 75703
(903) 561-5859

CERTIFICATIONS / ACCREDITATIONS:

Certified Public Accountant (CPA)
Accredited in Business Valuation by American Institute of CPAs (ABV)

UNDERGRADUATE EDUCATION:

Baylor University
Bachelor of Business Administration - Accounting
1976

GRADUATE EDUCATION:

Baylor University
Master of Professional Accountancy
1978

EXPERIENCE:

*Expert Witness / Litigation Support*
Business Valuation – Partial List:
    State District Court - Smith County, Texas, County Court at Law - Smith County, Texas, Federal District Court - Eastern District of Texas, County Court at Law - Gregg County, Texas, County Court at Law - Rusk County, Texas, County Court at Law - Anderson County, Texas, State District Court - Kaufman County, Texas, United States Bankruptcy Court - Eastern District of Texas, United States Bankruptcy Court - Eastern District of Louisiana, State District Court - Cherokee County, Texas, State District Court - Dallas County, Texas, State District Court - Lamar County, Texas, State District Court - Red River County, Texas, State District Court - Collin County, Texas, State District Court - Guadalupe County, Texas, State District Court - Hays County, Texas, State District Court - Kimble County, Texas, State District Court - Tarrant County, Texas, State District Court - Denton



County, Texas, State District Court - Gregg County, Texas, State District Court – Leon County, Texas, State District Court - Harrison County, Texas, State District Court - Shelby County, Texas, State District Court – Tarrant County, Texas, State District Court – Bexar County, Texas, State District Court – Hopkins County, Texas, State District Court – McLennan County, Texas, State District Court – Grayson County, Texas.

Damage Analysis – Partial List:

State District Court - Dallas County, Texas, State District Court - Travis County, Texas, Federal District Court - Eastern District of Texas, District Court - Smith County, Texas, State District Court - Harris County, Texas, State District Court - Henderson County, Texas, State District Court - Morris County, Texas, State District Court - Cherokee County, Texas, State District Court - Van Zandt County, Texas, State District Court - Gregg County, Texas, Federal District Court - Northern District of Texas, Federal District Court - Southern District of Texas, County Court at Law – Smith County, Texas, State District Court – Dallas County, Texas.

Tracing – Partial List:

County Court at Law - Smith County, Texas, State District Court - Smith County, Texas, State District Court - Van Zandt County, Texas, State District Court - Anderson County, Texas, County Court at Law - Rusk County, Texas, Federal District Court - Northern District of Texas, State District Court - Dallas County, State District Court - Kaufman County, Texas, State District Court - Wood County, Texas, State District Court - Lamar County, Texas, State District Court – Gregg County, Texas, State District Court – Morris County, Texas.

*Financial Fraud – Partial List:*
Federal District Court - Eastern District of Texas, State District Court - Smith County, Texas, State District Court – Dallas County, Texas.

Loss Determination - Federal Sentencing Guidelines:
Federal District Court - Eastern District of Texas.

Accounting Malpractice:
*Federal District Court - Eastern District of Texas, State District Court – Gregg County, Texas, State District Court – Dallas County, Texas.*

Tax Fraud:
Federal District Court - Eastern District of Texas.

Arson:
Federal District Court - Eastern District of Texas, County Court at Law, Gregg County, Texas.

6

